**Order entered July 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00872-CV

### IN THE INTEREST OF L.M.C AND E.H.C., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54113-2010**

## ORDER

We **GRANT** appellant's July 15, 2014 unopposed motion for an extension of time to file

a reply brief.  Appellant shall file his reply brief on or before **August 8, 2014**.


/s/      ADA BROWN
         JUSTICE